NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XMTT, INC.,**
*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee*

---

2023-1712

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01810-MFK, Judge Matthew F. Kennelly.

---

**JUDGMENT**

---

ANTHONY ROWLES, Irell & Manella LLP, Newport Beach, CA, argued for plaintiff-appellant. Also represented by MORGAN CHU, BENJAMIN W. HATTENBACH, Los Angeles, CA.

PAUL A. BONDOR, Desmarais LLP, New York, NY, argued for defendant-appellee. Also represented by JOHN M. DESMARAIS, JEFFREY SCOTT SEDDON, II; ADAM STEINMETZ, JUSTIN P.D. WILCOX, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO, *Circuit Judge,* and SCHROEDER, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Robert W. Schroeder III, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.